UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH D. NEFF, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>COMMISSIONERS OF CENTRE COUNTY, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 3:21-CV-01342<br><br>(MEHALCHICK, M.J.) |

### ORDER

AND NOW, this 21st day of December, 2021, in accordance with the Memorandum filed concurrently herewith, and having determined that Plaintiff's amended complaint (Doc. 49) fails to state a claim upon which relief can be granted, Plaintiff is hereby **GRANTED** leave to file a second amended complaint within thirty (30) days of the date of this Order, on or before **Thursday, January 20, 2022.**

BY THE COURT:

/*Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**